No. 80–6587. IN RE EL-AMIN, 451 U. S. 1016; and

No. 80–6654. IN RE REYNOLDS, *ante,* p. 902. Petitions for rehearing denied.

No. 80–5746. WHITE *v.* UNITED STATES, 449 U. S. 1114; and

No. 80–6239. GUNSTON *v.* UNITED STATES ET AL., 450 U. S. 1034. Motions for leave to file petitions for rehearing denied.